UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

FRIDANE ADOLPHE,

        Plaintiff,

  - against -

**ORDER**
**CV-18-5876 (ST)**

1ST CHOICE HOME CARE SERVICES, INC., et al.,

        Defendants.
-------------------------------------------------------------X

**TISCIONE, Magistrate Judge:**

    Having presided at the fairness hearing, and having reviewed the settlement agreement and plaintiff's letters dated June 21, 2019 (Docket Entry 29) and December 2, 2019 (Docket Entry 35), I find that "the agreement reflects a reasonable compromise of disputed issues [rather] than a mere waiver of statutory rights brought about by an employer's overreaching." Le v. SITA Information Networking Computing, USA, Inc., 2008 WL 724155 (E.D.N.Y. Mar. 13, 2008)(internal quotations and citation omitted). See also Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). The settlement is therefore approved, the case is dismissed with prejudice and closed.

    **SO ORDERED.**

**Dated: Brooklyn, New York**
      **December 3, 2019**

                                                                             s/
                                                      **STEVEN L. TISCIONE**
                                                      **UNITED STATES MAGISTRATE JUDGE**